**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** DEA

**City** Boston, Chelsea, Lynn
**County** Suffolk, Essex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. 25-MJ-1012-DLC
Same Defendant _____ New Defendant Randy Mazin
Magistrate Judge Case Number 25-MJ-1017-DLC
Search Warrant Case Number See attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ☑ No

**Defendant Information:**
Defendant Name: Randy Albert Mazin    Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No
Alias Name: _____
Address: 6 Hillside Avenue, Chelsea, Massachusetts
Birth date (Yr only): 1976    SSN (last 4#): 4110    Sex: M    Race: _____    Nationality: United States

**Defense Counsel if known:** Derege Demissie    Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Annapurna Balakrishna    Bar Number if applicable: MA 655051

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____

**Arrest Date:** 2/13/2025

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/13/2025    Signature of AUSA: /s/ Annapurna Balakrishna

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Randy Albert Mazin

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute controlled substances | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search and Tracking Warrant Numbers
24-1471-DLC, 24-1485-DLC, 24-1486-DLC, 24-1591-DLC, 24-1629-DLC, 24-1682-DLC, 24-1729-DLC, 25-1003-DLC